THE EMIGRANT INDUSTRIAL SAVINGS BANK v. ISADORE CALEF and Another,

Impleaded, etc. ABRAHAM J. ROSENBLUM, Receiver, etc.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.